## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **MADHUSUDHANA KONDRAGUNTA** | ) | |
| **and LAVANYA ATHURI, husband and** | ) | |
| **wife,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | |
| **ACE DORAN HAULING & RIGGING** | ) | |
| **CO. and DANNY TERRY** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS ACE DORAN HAULING & RIGGING CO. and DANNY TERRY'S JOINT NOTICE OF REMOVAL

COME NOW DEFENDANTS ACE DORAN HAULING & RIGGING CO. and DANNY TERRY'S, and, in the above-captioned case, and herein file their Joint Notice of Removal pursuant to Fed. R. Civ. P. 81 (c) and 28 U.S.C. §§ 1441 and 1446(a) and (b) hereby remove to this Court the State Court action described below, respectfully showing the Court as follows:

1.

Defendants have been sued in a civil action brought in the State Court of Henry County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

4829-6671-2841.1

2.

Plaintiffs are citizens and residents of the State of Georgia.

3.

Defendant ACE DORAN HAULING & RIGGING CO., is an Ohio corporation with its principal place of business in Ohio.

4.

Defendant DANNY TERRY is a citizen and resident of the State of Tennessee.

5.

The Complaint for Damages was filed on March 3, 2011, in the State Court of Henry County, Case No.: 11SV392JTC.  The Complaint for Damages and Summons were allegedly served and received by Defendant Ace Doran Hauling & Rigging Co., on March 7, 2011.  The Complaint for Damages and Summons were allegedly served on and received by Defendant Danny Terry on March 18, 2011.

6.

The Complaint for Damages asserts claims by a resident Plaintiff against non-resident Defendants.  Plaintiff's Complaint seeks damages for past, present, and future medical expenses stemming from the collision; lost wages and benefits, including future lost wages or ability to earn income; past present and future

physical and mental pain and suffering; permanent disability and loss of enjoyment of life; loss of consortium on behalf of Ms. Athuri; punitive damages, and costs of litigation, which allegedly would exceed $75,000.   Further, counsel for the Plaintiffs have submitted a written demand letter seeking to resolve the Plaintiffs' personal injury claim for the sum of $450,000.00 (*See* Exhibit "A," correspondence from counsel for Plaintiffs attached hereto).

7.

This Notice of Removal is filed within thirty (30) days from the alleged dates of service on the Defendants.   The removal of this action is made on diversity grounds.

8.

Defendants attach, as Exhibit "B" to this original pleading only, the entire record in the State Court of Henry County action.

9.

The aforementioned civil action is a civil action over which this Court has original jurisdiction and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b) and, in accordance with the provisions of 28 U.S.C. § 1332(a), there being diversity of citizenship

between the Plaintiff and the Defendant and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

10.

Defendants have given written notice of the filing of this Notice to Plaintiff by mailing a copy of this Notice of Removal to Plaintiff's counsel via Certified Mail, Return Receipt Requested.  Defendants have filed a written notice with the Clerk of the State Court of Henry County, a copy of both are attached, as Exhibit "C."

11.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.  *See* Affidavit of Kathleen M. Hurley, attached hereto as Exhibit "D."

WHEREFORE, the Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 5th day of April, 2011.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


**/s/  Kathleen M. Hurley**
Kathleen M. Hurley
Georgia Bar No. 379659
Christine H. Hall
Georgia Bar No. 318385

1180 Peachtree Street, N.E.           *Attorneys for Defendants*
Suite 2900                            *Ace Doran Hauling & Rigging Co. and*
Atlanta, GA  30309                    *Danny Terry*
(404) 348-8585 - Telephone
(404) 467-8845 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant Ace Doran Hauling & Rigging Co., and Danny Terry's Joint Notice of Removal** upon all parties to this matter via U.S. First Class Mail, adequate postage affixed thereto, to the following attorneys of record:

Joseph A. Fried, Esq.
Jennifer Leonhardt Ojeda, Esq.
FRIED ROGERS GOLDBERG LLC
The Lenox Building
3399 Peachtree Road, N.E., Suite 325
Atlanta, Georgia 30326-2835

Angel Figueredo, Esq.
FIGUEREDO LAW OFFICES, LLC
110 Norcross Street
Roswell, Georgia 30075

This 5th day of April, 2011.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**/s/  Kathleen M. Hurley**
Kathleen M. Hurley
Georgia Bar No. 379659

1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30309
(404) 348-8585 - Telephone
(404) 467-8845 - Facsimile

*Attorneys for Defendants*
*Ace Doran Hauling & Rigging Co. and*
*Danny Terry*

4829-6671-2841.1

- 6 -

## CERTIFICATE OF FONT

Pursuant to N.D. Ga. Local Rules 5.1(B) and 7.1(D), I hereby certify that this document is submitted in Times New Roman 14 point type.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**/s/  Kathleen M. Hurley**
Kathleen M. Hurley
Georgia Bar No. 379659

1180 Peachtree Street, N.E.   *Attorneys for Defendants*
Suite 2900       *Ace Doran Hauling & Rigging Co. and*
Atlanta, GA  30309     *Danny Terry*
(404) 348-8585 - Telephone
(404) 467-8845 - Facsimile