# FIGUEREDO LAW OFFICES, LLC

TELEPHONE: (770) 594-1805

110 NORCROSS STREET
ROSWELL, GEORGIA 30075

FACSIMILE: (770) 594-8884

February 18, 2011

CERTIFIED MAIL - RETURN RECEIPT
7008 2810 0001 5393 2672

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, Georgia 30092

RECEIVED BY

FEB 2 2 2011

CHRISTINE HALL

RE:  Your Insured:          Ace Doran Hauling & Rigging Company
     Your Insured Driver:   Danny Terry
     Your File Number:      840.002
     Our Client:            Madhusudhana Kondragunta
     Date of Injury:        April 7, 2009
     Our File Number:       P09-1190

Dear Ms. Hurley:

In an effort to resolve this prior to litigation, please accept this letter as our demand for a compromise and full settlement in the above-referenced matter.

## COLLISION AND LIABILITY

The enclosed Georgia Uniform Motor Vehicle Accident Report indicates that your insured, Danny Terry, was at fault in the collision that occurred on April 7, 2009, on Jimmy Carter Boulevard, at its intersection with Meadowbrook Drive, in Gwinnett County, Georgia. The collision occurred when your insured failed to keep a proper lookout, was following too closely, and struck our client's vehicle. As a result of your insured's negligence, a collision with our client's vehicle occurred causing significant injury to Madhusudhana Kondragunta.

Mr. Terry was cited by the investigating officer with following too closely, in violation of O.C.G.A.§ 40-6-49. The liability is clear in this case and there are no facts which support any liability on any other party, including our client. Because of your insured's negligence, our client, Madhusudhana Kondragunta, has endured pain and suffering and has incurred medical expenses.

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE:   Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.
      Your File Number:   840.002
      Our Client:         Madhusudhana Kondragunta
February 18, 2011
Page   2

## SPECIAL DAMAGES

The following is a list of the special damages incurred by my client as a result of the collision:

| | |
|---|---:|
| Kaiser Permanente | $ 7,884.00 |
| Norcross Health and Physical Medicine | 3,929.00 |
| Atlanta Oral and Facial Surgery | 14,575.00 |
| Northside Hospital | 18,106.00 |
| Northside Anesthesiology | 1,350.00 |
| Optimum Health Rehabilitation | 2,930.00 |
| Emory Oral & Maxillofacial Surgery | 402.00 |
| Physiotherapy Associates - Lenox | 4,670.00 |
| Regional Medical Group | 900.00 |
| Peachtree Orthopedic Clinic | 3,870.00 |
| Physiotherapy Associates - Buford | 4,322.00 |
| **TOTAL MEDICAL EXPENSES TO DATE** | **$ 62,938.00** |
| Lost Wages | 18,429.88 |
| **TOTAL SPECIAL DAMAGES** | **$ 81,367.88** |

Copies of the referenced billing statements are enclosed to aid in your evaluation of our client's claim. Mr. Kondragunta was forced to miss a great deal of work to undergo the treatment required by his injuries. Enclosed is a Wage and Salary Verification from Mr. Kondragunta's employer.

## INJURIES AND TREATMENT

Mr. Kondragunta experienced jaw pain, head pain, neck pain, back pain, shoulder pain, ear pain, and dizziness following the collision. Mr. Kondragunta reported that the force of the collision caused his head to forcibly slam forward and then backwards, causing injury. Initially, Mr. Kondragunta thought he could treat his injuries with rest and over-the-counter pain medications. Unfortunately, Mr. Kondragunta continued to experience a great deal of pain and soon realized professional treatment was necessary.

On April 8, 2009, Mr. Kondragunta presented himself at the Kaiser Permanente clinic with

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
    Your File Number:   840.002
    Our Client:          Madhusudhana Kondragunta
February 18, 2011
Page   3

complaints of jaw pain, neck pain, back pain, shoulder pain, ear pain, and head pain. Sean Murphy, M.D. assisted Mr. Kondragunta with medical treatment at the Kaiser Permanente clinic. Dr. Murphy's physical examination of Mr. Kondragunta's temporomandibular joints determined that he suffered from pain with strong occlusion on his left temporomandibular joint and soreness and an audible cracking on his right temporomandibular joint. Dr. Murphy's physical examination of Mr. Kondragunta's neck and back determined that he suffered from tenderness over the paraspinal muscles.

Dr. Murphy diagnosed Mr. Kondragunta with temporomandibular joint disorder and headaches. Dr. Murphy prescribed Meloxicam and Chlorzoxazone for pain relief. Dr. Murphy instructed to return in one week for an MRI of his temporomandibular joint. In addition, Dr. Murphy recommended that Mr. Kondragunta follow up with a general practitioner for his neck pain, back pain, and shoulder pain. Dr. Murphy also referred Mr. Kondragunta to an oral surgeon for the TMJ and chiropractor for his neck and back pain.

On June 23, 2009, Mr. Kondragunta underwent MRI examination of his thoracic and lumbar spine. The MRI of Mr. Kondragunta's thoracic spine revealed that he suffered from multilevel spondylosis, a central disk protrusion at T5-T6, a left paracentral disk protrusion at T6-T7 with flattening of the ventral surface of the spinal cord to the left of midline. The MRI of Mr. Kondragunta's lumbar spine revealed that he suffered from multilevel facet joint degenerative joint disease.

One June 23, 2009, Mr. Kondragunta also underwent MRI of his cervical spine. The MRI of Mr. Kondragunta's cervical spine revealed that he suffered from disk dehydration at the cervical spine, multilevel spondylosis, and disk space narrowing at C4-C5, C5-C6, and C6-C7. The MRI examination also confirmed that Mr. Kondragunta suffered a disk protrusion with effacement of the ventral subarachnoid space and flattening of the ventral surface of the spinal cord and left uncovertebral joint spurring with narrowing of the left foramen without nerve root compression at C4-C5. Dr. Murphy further stated that Mr. Kondragunta suffered a disk protrusion with moderate mass effect on the ventral surface of the spinal cord, a central canal stenosis, and foraminal stenosis at C5-C6. In addition, Dr. Murphy stated that Mr. Kondragunta suffered from a central disk protrusion with partial effacement of the ventral subarachnoid space and narrowing of the left foramen due to facet hypertrophy with nerve root involvement at C6-C7.

On March 19, 2010 Mr. Kondragunta attended follow-up treatment with Dr. Murphy. Mr. Kondragunta entered treatment with complaints of persistent right temporomandibular joint pain despite the arthroplasty surgery. Dr. Murphy's examination revealed that Mr. Kondragunta still suffered from irregular disk position of the right temporomandibular joint and anterior disk displacement of the left temporomandibular joint. Copies of Dr. Murphy's records are enclosed to

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
   Your File Number:   840.002
   Our Client:   Madhusudhana Kondragunta
February 18, 2011
Page   4

aid in your evaluation of our client's claim.

On April 13, 2009, Mr. Kondragunta sought treatment with Dr. Richard Gregg, at Norcross Health and Physical Medicine. Mr. Kondragunta entered treatment with complaints of neck pain/stiffness, mid to upper back pain, low back pain, bilateral shoulder pain, headaches, dizziness, jaw pain, and bilateral knee pain. Dr. Gregg's examination of Mr. Kondragunta's cervical spine determined that Mr. Kondragunta suffered from spasms of the anterior and posterior cervical musculature, tenderness with digital palpation and motion of the lower cervical articulations, spasms of the thoracic and lumbar paravertebral muscles, point tenderness at the L4-L5 spinous processes, joint dysfunction at C3-C4, C5-C6, T4-T5, L4-L5, and L5-S1, spasms of the bilateral trapezius, tenderness in both knees, and a stiff jaw. Positive orthopedic tests include Foraminal Compression test, Soto Hall test, Kemp's test, and Lasegue's straight leg rasing test.

Dr. Gregg's X-rays examination of Mr. Kondragunta's cervical spine, thoracic spine, and lumbar spine determined that he suffered from a complete loss of the cervical lordosis, early osteophyte formation at C5-C6, right leg and sacral deficiencies, right lumbar listing, and facet imbrication at L4-L5 and L5-S1. Dr. Gregg diagnosed Mr. Kondragunta with cervical sprain/strain, thoracic sprain/strain, lumbosacral sprain/strain, myospasm and myofascitis, post-traumatic headaches, dizziness, and post-traumatic temporomandibular joint disorder.

Dr. Gregg recommended a treatment plan consisting of therapeutic exercises, motorized segmental traction, electric muscle stimulation, ultrasound, and hot and cold therapy. Dr. Gregg recommended treatment three times per week for two months. Dr. Gregg also restricted Mr. Kondragunta from all work duties for one week.

Mr. Kondragunta attended appointments at Norcross Health and Medicine from April 13, 2009 through June 11, 2009. Dr. Gregg noted that from April 13, 2009 through June 11, 2009 Mr. Kondragunta continued to suffer from spasms of the paracervical musculature, spasms of the thoracic and trapezius muscles, spasms of the paralumbar musculature, pain during palpation of the lower cervical articulations, joint dysfunction at C3-C4, C5-C6, T4-T5, L4-L5, and L5-S1. On June 11, 2009, Dr. Gregg released Mr. Kondragunta from his care and recommended that he follow up with a general practitioner if symptoms continued. Copies of Dr. Gregg's records are enclosed to aid in your evaluation of our client's claim.

On referral from Dr. Gregg, on April 29, 2010, Mr. Kondragunta sought treatment with Gregory Floyd, M.D. at Regional Medical Group. Mr. Kondragunta entered treatment with complaints of temporomandibular joint pain, low back pain, mid back pain, and neck pain. In addition, Mr. Kondragunta stated that his low back pain radiated down his left leg and that he suffered from numbness and tingling in his right index finger. Mr. Kondragunta rated his

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE:  Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.
     Your File Number:   840.002
     Our Client:         Madhusudhana Kondragunta
February 18, 2011
Page    5

temporomandibular joint pain at 8/10, low back pain at 8/10, mid back pain at 7/10, and neck pain at 7/10.

Dr. Floyd's examination of Mr. Kondragunta's cervical spine determined that his right flexion, right rotation, and left rotation all had limited ranges of motion due to pain. Dr. Floyd's examination of Mr. Kondragunta's lumbar spine determined that his flexion and extension had limited ranges of motion due to pain.

Dr. Floyd reported that Mr. Kondragunta suffered from a noticeable crooked jaw, bilateral trapezium muscle spasms with significant tenderness to palpation, paravertebral spasms in the thoracic region with significant point tenderness, paravertebral spasms at L4, L5, and S1. Positive orthopedic tests include the straight leg raise test, Soto Hall test, and left shoulder depressor test.

Dr. Floyd diagnosed Mr. Kondragunta with cervical strain, thoracic strain, lumbar strain, post-traumatic headaches, madible displacement, sciatic nerve irritation, and muscle spasms. Dr. Floyd opined that all these injuries were causally related to Mr. Kondragunta's motor vehicle collision of April 7, 2009.

Dr. Floyd recommended that Mr. Kondragunta continue his chiropractic treatment plan as well as muscle reconditioning. Dr. Floyd prescribed Lorcet for pain relief and instructed Mr. Kondragunta to follow-up two times per month.

Mr. Kondragunta attended appointments at Regional Medical Group from April 29, 2009 through June 24, 2009. Dr. Floyd noted that from April 29, 2009 through June 24, 2009, Mr. Kondragunta continued to experience persistent back pain, persistent neck pain, bilateral trapezius muscle spasms, paravertebral spasms of the thoracic region, and paravertebral spasms of the lower lumbar region. Dr. Floyd stated that Mr. Kondragunta may benefit from epidural injections.

Dr. Floyd released Mr. Kondragunta from his care and recommended that he continue his treatment with his orthopedist. Copies of Dr. Floyd's records are enclosed to aid in your evaluation of our client's claim.

On April 14, 2009, Mr. Kondragunta underwent examination with Dr. Thomas David, D.D.S. at Atlanta Oral & Facial Surgery. Dr. David's physical examination determined that Mr. Kondragunta suffered from an audible pop in his right temporomandibular joint.

Dr. David referred Mr. Kondragunta for an MRI of the temporomandibular joint. On April 17, 2009, of Mr. Kondragunta underwent MRI examination of his template mandibular joint. The MRI examination revealed that Mr. Kondragunta suffered a limited translation on the right

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
   Your File Number:   840.002
   Our Client:       Madhusudhana Kondragunta
February 18, 2011
Page    6

temporomandibular joint and limited translation and anterior disk displacement without reduction on the left temporomandibular joint.

Dr. David recommended physical therapy and fabricated a splint for Mr. Kondragunta. Unfortunately, these treatments provided limited relief. Thus on June 30, 2009, Dr. David ordered repeat MRIs of the temporomandibular joint. Mr. Kondragunta underwent this examination on July 8, 2009. The MRI revealed that Mr. Kondragunta still suffered from limited translation on the right temporomandibular joint and limited translation and anterior disk displacement without reduction on the left temporomandibular joint. Due to the lack of progress with non-surgical treatments, Dr. David referred Mr. Kondragunta to Shahrokh Bagheri, D.M.D., M.D. for continuing care.

On July 20, 2009, Mr. Kondragunta entered treatment with Dr. Bagheri at Atlanta Oral & Facial Surgery. Mr. Kondragunta entered treatment with continuing complaints of temporomandibular joint pain. Dr. Bagheri's physical examination determined that Mr. Kondragunta suffered a loud audible pop and lateral excursions on his right temporomandibular joint. Dr. Bagheri diagnosed Mr. Kondragunta with myofascial pain dysfunction syndrome, anterior disk displacement with reduction of the right temporomandibular joint, and anterior disk displacement without reduction of the left temporomandibular joint.

At the August 3, 2009 office visit Dr. Bagheri noted that his physical findings and Mr. Kondragunta's symptoms had not changed. Dr. Bagheri again diagnosed left side anterior disk displacement without reduction and right anterior disk displacement with reduction and extreme pain, and a loud audible click on the right side. Dr. Bagheri recommended bilateral temporomandibular joint arthroplasty to correct Mr. Kondragunta's disk position.

On September 17, 2009, Mr. Kondragunta underwent bilateral temporomandibular joint disk plication and arthroplasty at Northside Hospital with Dr. Bagheri. After Mr. Kondragunta was properly anesthetized, Dr. Bagheri made an incision in the preauricular region along the external auditory canal cartilage and down to the zygomatic arch. Once Dr. Bagheri identified the superficial layer of the temporalis fascia he carried the incision further down to the temporomandibular joint. This surgery confirmed that the right temporomandibular joint disk was anteriorly displaced. Dr. Bagheri repositioned the disk with sutures. The same procedure was then performed on the left side. Dr. Bagheri noted the same findings were made on the left side and the same surgical procedure was conducted on the lefty side.

On March 23, 2010, Mr. Kondragunta returned to Atlanta Oral & Facial Surgery post temporomandibular joint arthroplasty with continuing complaints of temporomandibular joint pain. Dr. Bagheri physical examination determined that Mr. Kondragunta continued to suffer from pain during palpation around the temporomandibular joint. Dr. Bagheri stated that a re-operation and

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
    Your File Number:  840.002
    Our Client:         Madhusudhana Kondragunta
February 18, 2011
Page    7

a disk removal with ear cartilage or a dermal graft may be necessary to resolve Mr. Kondragunta's pain. Dr. Bagheri referred Mr. Kondragunta to Dr. Gary Bouloux at Emory Oral and Maxillofacial Surgery for evaluation. Copies of Dr. Bagheri's records, including the surgical notes and hospital records, are enclosed to aid in your evaluation of our client's claim.

Mr. Kondragunta presented for examination with Dr. Gary Bouloux at Emory Oral and Maxillofacial Surgery for evaluation on April 13, 2010. Mr. Kondragunta entered treatment with complaints of bilateral TMJ pain, with right side being worse. Dr. Bouloux noted that biting down while eating aggravates the pain. Dr. Bouloux diagnosed arthralgia of the temporomandibular joint, bilateral articular disk disorder of the temporomandibular joint, osteoarthritis, myositis, and cervical pain. Dr. Bouloux recommended bilateral arthroscopy or arthroplasty of the temporomandibular joint. Copies of Dr. Bouloux records are enclosed to aid in your evaluation of Mr. Kondragunta's claim.

On referral from Dr. David, on April 17, 2009, Mr. Kondragunta sought treatment with Steve Kraus, P.T., at Physiotherapy Associates. Mr. Kondragunta entered treatment with complaints of temporomandibular joint pain, back pain, and neck pain. Mr. Kondragunta rated his pain at 8/10. Mr. Kondragunta reported that chewing, yawning, sitting, and sleeping all caused pain.

Mr. Kraus recommended a treatment plan consisting of therapeutic exercises, postural exercises, soft tissue mobilization, stretching exercises, strengthening exercises, electric muscle stimulation, and hot and cold therapy. Mr. Kraus recommended treatment two times per week.

Mr. Kondragunta attended appointments at Physiotherapy Associates from April 17, 2009 through July 15, 2009. Mr. Kraus noted that from April 17, 2009 through July 15, 2009 Mr. Kondragunta continued to suffer from temporomandibular joint pain, back pain, and neck pain. On July 17, 2009, Mr. Kraus released Mr. Kondragunta from his care and recommended that he follow up with a general practitioner if symptoms continued. Copies of Mr. Kraus' records are enclosed to aid in your evaluation of our client's claim.

As recommended by Dr. Floyd, on June 17, 2009, Mr. Kondragunta sought treatment with Dr. Donald Langenbeck at Peachtree Orthopaedic Clinic. Mr. Kondragunta entered treatment with complaints of neck pain, low back pain, mid back pain, and upper extremity pain. Mr. Kondragunta stated that his low back pain radiated down the anterior side of both thighs and his neck pain radiated into his trapezius muscles bilaterally. Mr. Kondragunta also stated that he suffered from pain in his mid thoracic spine on the left and that the pain radiates under the left scapula and anteriorly into the left side of his chest. Mr. Kondragunta reported that his pain worsened while sitting and standing for long periods of time. Mr. Kondragunta described his pain as an achy type pain with a pins and needles sensation. Mr. Kondragunta rated his pain at 6/10.

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
Your File Number: 840.002
Our Client: Madhusudhana Kondragunta
February 18, 2011
Page 8

Dr. Langenbeck's examination of Mr. Kondragunta's cervical spine determined that he had limited range of motion on extension due to pain. Dr. Langenbeck's examination of Mr. Kondragunta's lumbar spine determined that he had limited range of motion on extension due to pain. Dr. Langenbeck reported that Mr. Kondragunta suffered from tenderness in the midthoracic paravertebral musculature at T5, tenderness in the midcervical paravertebral musculature, and tenderness in the trapezius muscles bilaterally. Positive orthopedic tests include the femoral nerve stretch.

Dr. Langenbeck ordered an MRI of Mr. Kondragunta's cervical spine, lumbar spine, and thoracic spine. Dr. Langenbeck also prescribed Flexeril for pain relief. Dr. Lagenbeck's diagnosis was cervical facet joint pain, lumbar disk protrusion, and possible thoracic disk protrusion.

On June 23, 2009, Mr. Kondragunta underwent MRI examination of his lumbar, thoracic and cervical spine. The lumbar MRI revealed mulitlevel facet joint changes. The thoracic MRI revealed that Mr. Kondragunta suffered a left upward disk protrusion at T6-7. The cervical MRI revealed that Mr. Kondragunta suffered a disk herniation at C5-6 causing spinal stenosis.

Dr. Langenbeck diagnosed Mr. Kondragunta with cervical facet joint pain, a disk protrusion at C5-C6, lumbar myofascial pain, and a thoracic disk protrusion at T6-T7. Dr. Langenbeck recommended that Mr. Kondragunta undergo physical therapy, prescribed Lortab for pain relief, and restricted Mr. Kondragunta's work activities.

On July 22, 2009, Mr. Kondragunta returned to Dr. Langenbeck reporting continuing neck pain extending into his arms, thoracic pain extending to his armpit and low back pain. At this visit Dr. Lagenbeck added Medrol Dosepak and Flexeril for pain relief and continued physical therapy.

At the August 24, 2009, office visit Mr. Kondragunta reporting continuing neck pain extending into his arms, thoracic pain extending to his chest and sacroiliac pain. Dr. Lagenbeck noted that while physical therapy has helped Mr. Kondragunta's mobility, the underlying pain remains.

Dr. Langenbeck's evaluation of Mr. Kondragunta's sacroiliac joint determined that he suffered from tenderness in the left sacroiliac joint. Faber maneuver was positive on the left, and negative on the right. Dr. Langenbeck also noted tenderness of the midthoracic partavertebral musculature and lower cervical musculature.

Dr. Langenbeck noted that from June 17, 2009 through February 8, 2010 Mr. Kondragunta, continued to experience persistent low back pain, persistent upper back pain, persistent neck pain that radiated into his upper extremities bilaterally, and sacroiliac joint pain. Dr. Langenbeck stated

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
   Your File Number:   840.002
   Our Client:          Madhusudhana Kondragunta
February 18, 2011
Page   9

that Mr. Kondragunta may be a candidate for epidural steroid injections in the cervical spine, surgery for the cervical spine, intra-articular injections in the sacroiliac joint, or trigger point injections.

Dr. Langenbeck performed a trigger point injection into the lower lumbar paravertebral musculature on the left with limited relief. Dr. Langenbeck recommended that Mr. Kondragunta seek consultation with Hal Silcox, M.D. at Peachtree Orthopaedics to discuss epidural steroid injections versus surgery for the cervical spine.

Dr. Lagenbeck opined that Mr. Kondragunta's sacroilaic joint dysfunction and herniated disks at C-6-7 and T5-6 were causally related to Mr. Kondragunta's motor vehicle collision of April 7, 2009 and that the collision was the proximate cause of these injuries. Copies of Dr. Langenbecks's records are enclosed to aid in your evaluation of our client's claim.

On February 1, 2010, Mr. Kondragunta sought consultation with Dr. Hal Silcox at Peachtree Orthopaedic Clinic. Mr. Kondragunta entered treatment with continuing complaints neck pain that radiated down his left arm. Mr. Kondragunta stated that his neck pain worsened while bending forward, bending to the left, and bending to the right. In addition, Mr. Kondragunta stated that he suffered from weakness, numbness, and tingling in his left arm. Mr. Kondragunta reported that his pain affects his sleep.

Dr. Silcox's examination of Mr. Kondragunta's cervical spine determined that his extension, flexion, left lateral flexion, right lateral flexion, left rotation, and right rotation all had limited ranges of motion due to pain. Dr. Silcox reported that Mr. Kondragunta suffered from pain in the left shoulder and subacromial region and decreased sensation at C5.

Mr. Kondragunta returned to Dr. Silcox on March 1, 2010. Dr. Silcox took new x-rays of Mr. Kondragunta's cervical spine. Dr. Silcox determined that Mr. Kondragunta suffered from a herniated nucleus pulposus at C4-C5 and C5-C6 with central spinal stenosis and spinal cord compression, neck pain, and left upper extremity pain. Dr. Silcox opined that the motor vehicle collision of April 7, 2009 was the proximate cause of Mr. Kondragunta's a herniated disks at C4-C5 and C5-C6.

Dr. Silcox recommended that Mr. Kondragunta undergo an anterior cervical diskectomy and fusion at C4-C5 and C5-C6 to help relieve his neck pain and left upper extremity pain. Dr. Silcox released Mr. Kondragunta from his care and recommended a follow-up consultation if he elects to undergo surgery. Copies of Dr. Silcox's records are enclosed to aid in your evaluation of our client's claim.

Anxious about the anterior cervical diskectomy and fusion surgery recommended by Dr.

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE:     Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.
        Your File Number:    840.002
        Our Client:          Madhusudhana Kondragunta
February 18, 2011
Page    10

Silcox, on August 26, 2010, Mr. Kondragunta sought a second opinion from Lee A. Kelly, M.D. Dr. Kelly read the June 23, 2009 cervical MRI as showing a central disk herniation at C4-5, a large central disk herniation at C5-6, and a smaller disk herniation at C6-7. Dr. Kelly read the thoracic MRI as showing a left disk protrusion at T6-7. Dr. Kelly recommended anterior cervical diskectomy and fusion at C4-5, C5-6, and C6-7.

Dr. Kelly has opined that Mr. Kondragunta's injuries and the recommended surgery are causally related to his motor vehicle collision of April 7, 2009. Copies of Dr. Silcox's records are enclosed to aid in your evaluation of our client's claim.

On referral from Dr. Lagenbeck, on July 7, 2009, Mr. Kondragunta sought treatment at with Stephanie Baudendistel, P.T., at Physiotherapy Associates-Buford. Mr. Kondragunta entered treatment with complaints of temporomandibular joint pain, low back pain, mid back pain, and neck pain. Mr. Kondragunta rated his pain at 8/10. Mr. Kondragunta reported that his pain worsened while sitting, standing, and lying down for long periods of time. In addition, Mr. Kondragunta reported that he was unable to lift his son due to pain.

Ms. Baudendistel's evaluation of Mr. Kondragunta's lumbar spine determined that his left rotation and right rotation had limited ranges of motion due to pain. Ms. Baudendistel reported that Mr. Kondragunta suffered from pain during palpation at L3-L5.

Ms. Baudendistel recommended a treatment plan consisting of therapeutic exercises, range of motion exercises, postural education, stabilization exercises, strengthening exercises, conditioning exercises, and joint mobilization. Ms. Baudendistel recommended treatment two times per week.

Mr. Kondragunta attended appointments at Physiotherapy Associates-Buford from July 7, 2009 through September 14, 2009. Mr. Kraus noted that from July 7, 2009 through September 14, 2009 Mr. Kondragunta continued to suffer from temporomandibular joint pain, back pain, and neck pain. On September 14, 2009, Ms. Baudendistel released Mr. Kondragunta from her care and recommended that he follow up with a general practitioner if symptoms continued. Copies of Ms. Baudendistel's records are enclosed to aid in your evaluation of our client's claim.

On October 30, 2009, Mr. Kondragunta sought treatment with Corey Hill, D.P.T., at Optimum Health Rehab. Mr. Kondragunta entered treatment with complaints of temporomandibular joint pain, neck pain and stiffness, lower lumbar pain, sacroiliac pain, and headaches. Mr. Kondragunta rated his lower temporomandibular joint pain at 8/10, neck pain at 9/10, lower lumbar pain at 10/10, and headaches at 9/10. Mr. Kondragunta stated that the temporomandibular joint pain worsened with movement of his neck and jaw, that his neck pain worsened with any movement, and

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE: <u>Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.</u>
    Your File Number:   840.002
    Our Client:           Madhusudhana Kondragunta
February 18, 2011
Page    11

that his lower lumbar pain worsened while bending, stooping, and sitting and standing for long periods of time.

     Mr. Hill's examination of Mr. Kondragunta's cervical spine determined that his flexion, extension, right lateral flexion, left lateral flexion, right rotation, and left rotation all had limited ranges of motion due to pain. Mr. Hill's examination of Mr. Kondragunta's lumbar spine determined that his flexion, extension, right lateral flexion, left lateral flexion, right rotation, and left rotation all had limited ranges of motion due to pain. Mr. Hill's examination of Mr. Kondragunta's left hip determined that his flexion, extension, exterior rotation, interior rotation, abduction, and adduction all had limited ranges of motion due to pain. Mr. Hill's examination of Mr. Kondragunta's right hip determined that his flexion, extension, exterior rotation, interior rotation, abduction, and adduction all had limited ranges of motion due to pain. In addition, Mr. Hill reported that Mr. Kondragunta suffered from severe pain during palpation of the cervical region, thoracic region, and lumbo-sacral region, muscle spasms of his neck, jaw, and lower back. Copies of Mr. Hill's records are enclosed to aid in your evaluation of our client's claim.

## GENERAL DAMAGES

     As you can see from the medical records Mr. Kondragunta has experienced significant pain and suffering as a result of the injuries he sustained in this collision. Mr. Kondragunta has undergone TMJ surgery without significant relief and is anticipating cervical fusion surgery at multiple levels. The effects to the injuries suffered in the collision cased by your client has severely disrupted Ms. Kondragunta's life. The injuries have placed a strain on his relationship with his wife, family, and co-workers.

     Mr. Kondragunta's injuries placed a great deal of stress on his marriage. His injuries have caused him to be irritable and depressed most of the time, forcing him to restrict his social interactions. Mr. Kondragunta was unable to play and interact with his young son because of the injuries suffered in this collision. Mr. Kondragunta felt miserable when his young son would come to him ask him to lift him and he is unable to do so because of his injuries.

     Prior to this collision, Mr. Kondragunta was an active volunteer at a local spiritual mission. Unfortunately, the injuries suffered in this collision have caused him to severely curtail his activities at the mission.

     Mr. Kondragunta remains very anxious and depressed as a result of this collision. Mr. Kondragunta realizes that he soon will have to undergo a very delicate surgery to his neck to address the herniated disks. While Mr. Kondragunta may defer this surgery for a short while he will not out live it. Sooner or later he will have to have this surgery.

Attention: Kathleen M. Hurley
Cruser & Mitchell, LLP
RE:   Madhusudhana Kondragunta v. Danny Terry and Ace Doran Hauling & Rigging Co.
      Your File Number:   840.002
      Our Client:          Madhusudhana Kondragunta
February 18, 2011
Page    12

## DEMAND

Mr. Kondragunta has expressed a desire to settle this matter amicably. In this regard, we hereby offer to resolve Mr. Kondragunta's personal injury claim for the sum of FOUR HUNDRED FIFTY THOUSAND DOLLARS ($450,000.00).

## CAVEAT

Pursuant to the Official Code of Georgia Annotated § 24-3-37, this demand letter is being submitted to you in an effort of compromise and settlement and will not be used in any future judicial proceeding, quasi-judicial proceeding, or proceeding of any sort. This letter will further provide the notice required by Official Code of Georgia Annotated § 51-12-14, relating to the recovery of interest on unliquidated claims.

I await your advice and remain,

Sincerely,

Angel A. Figueredo
AAF:gtm

Enclosures