IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADHUSUDHANA KONDRAGUNTA and LAVANYA ATHURI, husband and wife,<br><br>      Plaintiffs,<br><br>v.<br><br>ACE DORAN HAULING & RIGGING CO. and DANNY TERRY,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-1094-JEC |

## PLAINTIFFS' FIRST SUPPLEMENTAL RESPONSES TO INITIAL DISCLOSURES

COME NOW, MADHUSUDHANA KONDRAGUNTA and LAVANYA ATHURI, Plaintiffs in the above-styled action, and submit the following First Supplemental Responses Initial Disclosures as follows:

4.

*Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)*

**RESPONSE**: Plaintiffs have not yet decided on experts for use at trial, but reserve the right to supplement later.

**SUPPLEMENTAL RESPONSE:** Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby identify Corey A. Cox as a trucking expert who they intend to call as an expert witness at the trial of this matter. Mr. Cox's written report (satisfying the provisions of Rule 26(a)(2)(B)) regarding the subject incident is attached hereto as Attachment B. If Mr. Cox supplements his opinions and/or the bases therefore, a supplemental report will be served on counsel pursuant to the Federal Rules of Civil Procedure. Mr. Cox is also expected to provide rebuttal testimony to and any other witness who may testify regarding issues relating to his expertise at trial.

Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, Plaintiffs hereby also identify the following treating physicians who may testify

regarding their treatment of Plaintiff Madhusudhana Kondragunta ("Plaintiff Kondragunta"), evaluation of Plaintiff Kondragunta, the injuries caused by the collision at issue in this case, Plaintiff Kondragunta's jaw surgery (Dr. Shahrokh C. Bagheri and Dr. Gary Bouloux), Plaintiff Kondragunta's back and/or neck injuries (Dr. Lee Kelley, Dr. D. Hal Silcox, and Dr. Donald Langenbeck), their medical records relating to Plaintiff Kondragunta's care and medical history, Plaintiff Kondragunta's prior treatment and future prognosis and treatment and the need for Plaintiff Kondragunta to have additional surgeries, and any other opinions contained in their medical records or deposition testimony (all of the below names are known to Defendants and Defendants have their addresses):

1. Lee A. Kelley, M.D.;

2. D. Hal Silcox, III, M.D.;

3. Donald Langenbeck, M.D.;

4. Shahrokh C. Bagheri, D.M.D., M.D., F.A.C.S.; and

5. Gary F. Bouloux, D.D.S., M.D., M.D.Sc.

Plaintiff Kondragunta is continuing to seek medical treatment for the injuries sustained in the collision at issue.  Accordingly, Plaintiffs reserve the right to

supplement this expert witness list and to call any additional expert witnesses necessary as time goes on and Plaintiff Kondragunta is rendered further evaluation, physical assessment, and treatment.

Plaintiffs reserve the right to supplement this expert witness list and to call any additional expert witnesses necessary for purposes of testimony, rebuttal or impeachment.  In addition, Plaintiffs reserve the right to call as expert witness any expert witness designated by Defendants, although not specifically retained by Plaintiffs, regardless of whether such expert remains a designated expert at the time of trial.  Plaintiffs also reserve the right to call as expert witnesses experts who may be substituted or who subsequently become unavailable.

This disclosure is based upon information and facts now available from Plaintiffs' understanding of the issues and arguments of Defendants.  This disclosure is without prejudice to experts, facts, issues and contentions subsequently learned or appreciated, and Plaintiffs specifically reserve the right to designate, contact and/or utilize further experts as this case, and Plaintiff Kondragunta's treatment, progresses.

This 19th day of December, 2011.

        Respectfully submitted,

        **FRIED ROGERS GOLDBERG LLC**

        */s/ Jennifer Leonhardt Ojeda*
        JOSEPH A. FRIED
        GEORGIA STATE BAR NUMBER 277251
        JENNIFER LEONHARDT OJEDA
        GEORGIA STATE BAR NUMBER 297329

        *ATTORNEYS FOR PLAINTIFFS*

3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GA 30326-4275
TELEPHONE:   404-591-1800
FACSIMILE:   404-591-1801
E-MAIL:   jen@frg-law.com

        **FIGUEREDO LAW OFFICES, LLC**

        ANGEL A. FIGUEREDO
        GEORGIA STATE BAR NO. 257267

110 NORCROSS STREET
ROSWELL, GEORGIA 30075
TELEPHONE: 770-594-1805
FACSIMILE:   770-594-8884
E-MAIL:   angel@figueredolaw.com

        *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing has been prepared in Times New Roman font, 14 point.

Dated this 19th day of December, 2011.

>                             **FRIED ROGERS GOLDBERG LLC**
>
>
>                             */s/ Jennifer Leonhardt Ojeda*
>                             **JENNIFER LEONHARDT OJEDA**
>                             **GEORGIA STATE BAR NUMBER** 765489

3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GA 30326-4275
TELEPHONE:   404-591-1800
FACSIMILE:   404-591-1801
E-MAIL:      jen@frg-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I electronically filed the within and foregoing **PLAINTIFFS' FIRST SUPPLEMENTAL RESPONSES TO INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Kara Phillips, Esq.
kphillips@lbbslaw.com
Brantley C. Rowlen, Esq.
rowlen@lbbslaw.com
*(Counsel for Defendants)*

Angel A. Figueredo, Esq.
angel@figueredolaw.com
*(Co-Counsel for Plaintiff)*

Dated this 19th day of December, 2011.

**FRIED ROGERS GOLDBERG LLC**

*/s/ Jennifer Leonhardt Ojeda*
JENNIFER LEONHARDT OJEDA
GEORGIA STATE BAR NUMBER 765489

3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GA 30326-4275
TELEPHONE:   404-591-1800
FACSIMILE:    404-591-1801
E-MAIL:       jen@frg-law.com