IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADHUSUDHANA KONDRAGUNTA and LAVANYA ATHURI, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>ACE DORAN HAULING & RIGGING CO. and DANNY TERRY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-1094-JEC-RGV |

## **ORDER**

Upon Defendants' Motion to Extend Deadline to File Dispositive Motions, Daubert Motions and the Proposed Consolidated Pretrial Order [68] and Plaintiffs' Consent to, and Joinder with, Defendants' Motion [72], and good cause having been shown, the requested extensions are **GRANTED**.

IT IS HEREBY ORDERED that the deadline to file motions for summary judgment is extended up to, through and including May 2, 2012.  If no motions for summary judgment are filed, then Daubert motions and the proposed consolidated pretrial order will be due on May 14, 2012.  If a motion for summary judgment is filed, then Daubert motions and the proposed consolidated pretrial order will be due within thirty (30) days of the Court's ruling on the motion for summary judgment.

SO ORDERED, this _____ day of _____, 2012.

_____

## CERTIFICATE OF SERVICE

I hereby certify that I this day have electronically filed this **[Proposed] Order** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Brantley C. Rowlen, Esq.
>rowlen@lbbslaw.com
>Kara Phillips, Esq.
>kphillips@lbbslaw.com
>*(Counsel for Defendants)*

>Angel A. Figueredo, Esq.
>angel@figueredolaw.com
>*(Co-Counsel for Plaintiff)*

Dated this 28th day of February, 2012.

**FRIED ROGERS GOLDBERG LLC**

*/s/ Jennifer Leonhardt Ojeda*
JENNIFER LEONHARDT OJEDA
GEORGIA STATE BAR NUMBER 765489

**ATTORNEY FOR PLAINTIFFS**

3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GA 30326-4275
TELEPHONE:   404-591-1800
FACSIMILE:   404-591-1801
E-MAIL:      jen@frg-law.com