IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADHUSUDHANA KONDRAGUNTA and LAVANYA ATHURI, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>ACE DORAN HAULING & RIGGING CO. and DANNY TERRY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-1094-JEC |

## ~~PROPOS~~ED ORDER

The Court, having reviewed the information contained in **Plaintiffs' Combined Motion and Brief for Leave to Exceed Page Limit of Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment, or, in the Alternative, Plaintiffs' Motion for Leave to Submit Recast Brief**, hereby **GRANTS** Plaintiffs' Motion. The Court accepts Plaintiffs' Response Brief and all related attachments filed on May 23, 2012 (Docs. 105 through 105-5).

**IT IS SO ORDERED**, this   2nd   day of June, 2012.

/s/ Julie E. Carnes
The Honorable Julie E. Carnes
Chief Judge, United States District Court